UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MEZA,<br><br>        Petitioner,<br><br>   v.<br><br>STU SHERMAN,<br><br>        Respondent. | Case No. 18-cv-00599-JD<br><br>**ORDER**<br><br>Re: Dkt. No. 16 |

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed an answer and the Court is waiting for petitioner's traverse, though petitioner has filed a motion to appoint counsel. The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) provides that in habeas cases, whenever "the court determines that the interests of justice so require", representation may be provided for any financially eligible person. Petitioner has presented his claims adequately, and they are not particularly complex. The motion to appoint counsel (Docket No. 16) is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 30, 2018

 

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MEZA,<br><br>    Plaintiff,<br><br>v.<br><br>STU SHERMAN,<br><br>    Defendant. | Case No. 18-cv-00599-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Meza ID: AR6374
Cal. Substance Abuse Treatment Facility
P.O. Box 5246
Corcoran, CA 93212

Dated: November 30, 2018

                                      Susan Y. Soong
                                      Clerk, United States District Court

                                      By: *Lisa R. Clark*
                                      LISA R. CLARK, Deputy Clerk to the
                                      Honorable JAMES DONATO